UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KRISTINA MYERS, individually, and as Administrator of the Estate of STEVEN P. MYERS, and as natural parent and legal guardian of K.D.M., C.F.M., and K.J.M., minors,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>VIRGIL BREWER,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 17-cv-02682-CM-JPO<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO LIFT STAY AND FOR ORDER SETTING DEADLINE FOR SUBMISSION OF RULE 26(f) PLANNING MEETING REPORT**

Plaintiff Kristina Myers respectfully moves the Court to lift the stay on discovery (Doc. 44), order the parties to confer and submit a Rule 26(f) planning meeting report within 14 days, and set a Rule 16 Scheduling Conference as soon as the Court can accommodate. In support thereof, Plaintiff states:

1.　　This excessive force civil rights case pursuant to 42 U.S.C. § 1983 was filed on November 30, 2017.

2.　　On January 9, 2018, Defendant Virgil Brewer filed a motion to dismiss, asserting qualified immunity. (Doc. 17). On that same day, he filed a motion to stay discovery pending resolution of the motion to dismiss. (Doc. 19).

3.　　On February 6, 2018, the Court granted the motion to stay discovery and directed that, should Judge Murguia deny or defer the motion to dismiss, the parties confer and submit a Rule 26(f) planning report within 14 days of such order. (Doc. 26).

4.　　On June 27, 2018, the Court denied Mr. Brewer's motion to dismiss. (Doc. 35).

5.      On July 10, 2018, Mr. Brewer filed a Notice of Interlocutory Appeal. (Doc. 36).

6.      On August 3, 2018, this Court entered an Order staying discovery pending conclusion of the interlocutory appeal and further ordering the parties to submit a joint status report following conclusion of the appeal. (Doc. 44).

7.      On July 24, 2019, the Tenth Circuit issued an Order and Judgment affirming denial of Defendant Brewer's motion to dismiss based on qualified immunity.

8.      As stated in the parties' Joint Status Report (Doc. 53), Mr. Brewer filed a petition for rehearing or for rehearing en banc, which was denied. Mr. Brewer then filed a motion to stay issuance of the mandate pending a petition for a writ of certiorari, which was denied the day after it was filed.

9.      The Tenth Circuit issued its Mandate on August 30, 2019. (Doc. 52). This Court has thus resumed jurisdiction over this case.

10.     This case has been on file for nearly two years. No discovery has been permitted. Plaintiff's ability to marshal evidence to support her claim will be prejudiced by any further delay. Justice delayed is justice denied. *See* Fed. R. Civ. P. 1.

WHEREFORE, Plaintiff respectfully requests the Court promptly (1) lift the stay entered on August 3, 2018 (Doc. 44), (2) order the parties to confer and submit their Rule 26(f) planning meeting report within 14 days, and (3) set a Rule 16 scheduling conference as soon as practicable, and order any other relief the Court deems appropriate.

# # #

Respectfully submitted:

*/s/ Michael T. Crabb*

| | |
|---|---|
| Michael J. Kuckelman | KS #14587 |
| Michael T. Crabb | KS #24395 |

Kuckelman Torline Kirkland, LLC
10740 Nall Ave., Suite 250
Overland Park, KS 66211
913-948-8610 (phone)   913-948-8611 (fax)
mkuckelman@ktk-law.com
mcrabb@ktk-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Michael T. Crabb*
Attorney for Plaintiffs

{00572065}                             3