# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| KRISTINA MYERS, individually, and as Administrator of the Estate of STEVEN P. MYERS, and as natural parent and legal guardian of K.D.M., C.F.M., and K.J.M., minors,<br><br>  Plaintiffs,<br><br>vs.<br><br>VIRGIL BREWER,<br><br>  Defendant. | Case No. 17-cv-02682-EFM-JPO |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared jointly stipulate to the dismissal with prejudice of all claims made at any time against anyone who was or is a party to this suit, including without limitation all parties and claims that have been previously dismissed without prejudice, with all parties to bear their own costs and expenses.

        Respectfully submitted:

        */s/ Michael T. Crabb*
        Michael J. Kuckelman KS #14587
        Michael T. Crabb KS #24395
        Kuckelman Torline Kirkland, LLC
        10740 Nall Ave., Suite 250
        Overland Park, KS 66211
        913-948-8610 (phone) 913-948-8611 (fax)
        mkuckelman@ktk-law.com
        mcrabb@ktk-law.com

        *Attorneys for Plaintiffs*

/s/ David R. Cooper
David R. Cooper     KS #16690
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fisherpatterson.com

*Attorney for Defendant Virgil Brewer*


/s/ Jeffery A. Jordan
Jeffery A. Jordan     KS #12574
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Ste. 100
Wichita, KS 67206-4466
(316) 291-9513 (phone)
(866) 450-2992 (fax)
jjordan@foulston.com

*Attorney for Defendant Lonnie Small*


## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael T. Crabb
Attorney for Plaintiffs